# NO. 12-10-00283-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE* | *§* | *APPEAL FROM THE* |
| *OF SYLVIA ANN FREDERICK AND* | *§* | *COUNTY COURT AT LAW OF* |
| *JOHN LEE FREDERICK* | *§* | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant Sylvia Ann Frederick appealed a Qualified Domestic Relations Order (QDRO) signed by the trial court on July 22, 2010. The parties have filed a joint motion informing this court that they have reached an agreement and ask that the case be remanded to the trial court for entry of an agreed QDRO.

Based on the settlement of the parties and not on any assessment of the merits of the appeal, we grant the motion, ***reverse*** the judgment of the trial court, and ***remand*** for rendition of a QDRO pursuant to the parties' agreement. *See* TEX. R. APP. P. 42.1(2)(B).

Opinion delivered December 8, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)